**In re Dennever LIVINGSTON, Petitioner.**

**No. 15–4050.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Feb. 11, 2016.

Filed: Feb. 19, 2016.

Dennever Livingston, White Deer, PA, pro se.

Before: FUENTES, KRAUSE and SCIRICA, Circuit Judges.

OPINION *

PER CURIAM.

Pro se petitioner Dennever Livingston, a federal prisoner, filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1651, seeking an order directing the United States District Court for the Middle District of Pennsylvania to act on his pending petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241.

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

Livingston's petition had originally been filed in the United States District Court for the Eastern District of Virginia as a motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255, after which it was transferred to the Middle District of Pennsylvania in January 2015.

On December 29, 2015, the District Court issued an order to show cause directing the government to respond to the habeas petition. The District Court has since granted a motion that Livingston filed seeking to amend his petition, and the government's motion for an extension of time to respond to the petition.

In a letter dated January 21, 2016, Livingston requested that this Court dismiss his petition for mandamus or otherwise dispose of the matter as law and justice require. Because Livingston has now received the relief he sought, we will dismiss the petition as moot.